UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | 06-40211-FDS |
| v. | ) ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER ON MOTION OF CSX TO COMPEL DISCOVERY

**SAYLOR, J.**

Plaintiff CSX Transportation, Inc., has moved to compel discovery from defendant Massachusetts Bay Transportation Authority ("MBTA"). Specifically, CSX seeks interrogatory answers and documents in response to discovery requests seeking information as to how the MBTA has handled wrongful death claims in other instances. CSX contends that the MBTA challenges its handling of the *McTague* litigation, a wrongful-death action brought against it in state court and as to which it seeks indemnity for its defense and settlement costs. CSX argues that because the MBTA, like CSX, is a railroad operator, it has been undoubtedly subject to other wrongful death claims brought by other plaintiffs over the years, and that it is entitled to explore how the MBTA itself has evaluated and defended such claims.

The production of such information—which, among other things, is likely to involve large quantities of documents that are privileged, subject to work-product protection, or protected by confidential settlement agreements—is likely to involve considerable effort, expense, and delay.  It

does not appear likely, however, that the information will be admissible, nor is it likely that it will lead to the production of admissible evidence. Among other things, it is highly unlikely that evidence would be admitted in the trial of this case as to how the MBTA handled other, unrelated claims in other, unrelated proceedings. At a minimum, therefore, the burden or expense of the proposed discovery outweighs likely benefit. *See* Fed. R. Civ. P. 26(b)(2)(C).

Accordingly, the motion of plaintiff CSX Transportation, Inc., to compel discovery is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 14, 2011